# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-3116
Lower Tribunal No. 2021-CA-005597-O

_____

PLAZA DES LAS FUENTES CONDOMINIUM ASSOCIATION, INC.,

Appellant,

v.

UNDERWRITERS AT LLOYDS NATIONAL FIRE & MARINE INSURANCE COMPANY and INDIAN HARBOR INSURANCE COMPANY,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
A. James Craner, Judge.

November 19, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK, WHITE and BROWNLEE, JJ., concur.


Michael Gulisano, of Gulisano Law, PLLC, Boca Raton, for Appellant.

Mihaela Cabulea, N. Giovanni Bush, Jason M. Seitz, and Yoniece M. Dixon of Butler Weihmuller Katz Craig, LLP, Tampa, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED